758

No. 391. NASH *v.* RAUN. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John B. Brooks* for petitioner. *Messrs. Franklin B. Hosbach* and *Thomas D. Caldwell* for respondent.

No. 394. HUFFMAN *v.* HOME OWNERS' LOAN CORPORATION. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Price Wickersham* and *Clay C. Rogers* for petitioner. *Acting Solicitor General Judson, Messrs. Harold Lee* and *Charles M. Miller* for respondent.

No. 395. NEWTON ET UX. *v.* GLENN ET AL. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. T. J. Wills* and *Jeff Busby* for petitioners. *Messrs. Thomas C. Hannah, Edward P. Russell* and *M. M. Roberts* for respondents.

No. 396. SALMON & COWIN, INC. *v.* NATIONAL LABOR RELATIONS BOARD. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Horace C. Wilkinson* and *Borden Burr* for petitioner. *Acting Solicitor General Judson, Misses Ruth Weyand* and *Margaret M. Farmer* for respondent.

No. 401. GRANIERI *v.* SCHRAMM. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Nat L. Hardy* for

petitioner. *Mr. L. G. Seeligson* for respondent.

No. 269. SABIN ET AL. *v.* HOME OWNERS' LOAN CORPORATION ET AL. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Herbert K. Hyde* for petitioners. *Acting Solicitor General Judson* and *Mr. Harold Lee* for the Home Owners' Loan Corporation, respondent.

No. 373. DUISBERG *v.* MARKHAM, ALIEN PROPERTY CUSTODIAN. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Eugene L. Garey* for petitioner. *Acting Solicitor General Judson* and *Assistant Attorney General Wechsler* for respondent.

No. 388. UNITED STATES *v.* HAVEMEYER; and
No. 389. HAVEMEYER *v.* UNITED STATES. November 5, 1945. Petitions for writs of certiorari to the Court of Claims denied. *Solicitor General McGrath, Assistant Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, Arnold Raum* and *Miss Helen R. Carloss* for the United States. *Messrs. Preston B. Kavanagh* and *William M. Sperry, 2nd* for Havemeyer. Reported below: 103 Ct. Cls. 564, 59 F. Supp. 537.

No. 406. MADAFFER *v.* UNITED STATES. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edward E. Petrillo* for petitioner. *Solicitor General McGrath* and